Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Ali's Investment, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-5426913** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **31823 Michigan Avenue** <br> **Wayne, MI 48184** <br> Number, Street, City, State & ZIP Code <br><br> **Wayne** <br> County | **Mailing address, if different from principal place of business** <br><br> **13140 S, Morrow Circle** <br> **Dearborn, MI 48126** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **31827 Michigan Avenue Wayne, MI 48184** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **None** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Ali's Investment, Inc.**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__53__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Ali's Investment, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Ali's Investment, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2025**
MM / DD / YYYY

**X /s/ Rana Farran**        **Rana Farran**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Edward J. Gudeman**      Date **February 20, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**Edward J. Gudeman P14454**
Printed name

**Gudeman & Associates, PC**
Firm name

**401 N. Main St.**
**Royal Oak, MI 48067**
Number, Street, City, State & ZIP Code

Contact phone **248.546.2800**      Email address **ecf@gudemanlaw.com**

**P14454 MI**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ali's Investment, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 20, 2025**

**/s/ Rana Farran**
**Rana Farran**/**President**
Signer/Title

```
U.S. Attorney
Atten: Civil Division
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220


U.S. Trustee
211 W. Fort Street
Room 743
Detroit, MI 48226-3269


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Michigan Department of Treasury
Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Abdulla R. Saad
c/o Doukoure Law PLLC
2016 E. Roundtable Dr.
Canton, MI 48188


Ali Farhat
23676 Park St.
Dearborn, MI 48124


Ali R. Saad
c/o Doukoure Law PLLC
2016 E. Roundtable Dr.
Canton, MI 48188


City of Wayne -Treasurer
3355 S. Wayne Rd.
Wayne, MI 48184


Demorest Law Firm, PLLC
322 W Lincoln Ave, Royal Oak, MI 48067
Royal Oak, MI 48067
```

Huntington Bank
P.O. Box 182519
2361 Morse Road
Columbus, OH 43218-2519


Re/Max Team 2000
Attn: Ali Farhat
23676 Park St.
Dearborn, MI 48124


Wayne County Treasurer
400 Monroe
5th Floor
Detroit, MI 48226-2944

## United States Bankruptcy Court
### Eastern District of Michigan

In re **Ali's Investment, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rana Farran, declare under penalty of perjury that I am the President of Ali's Investment, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on February 19, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rana Farran, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rana Farran, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Sam Arkoub, Rana Farran's husband, is employed as agent of Ali's Investment, Inc., in order to assist the company in the prosecution of the Chapter 11 case to be filed, and to appear at any hearings, and to also otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation, if necessary; and

Be It Further Resolved, that Rana Farran, President of this Corporation is authorized and directed to employ Edward J. Gudeman, P14454, attorney and the law firm of Gudeman & Associates, P.C. to represent the corporation in such bankruptcy case."

Date February 19, 2025

Signed /s/ Rana Farran  
Rana Farran

Resolution of Board of Directors
of
Ali's Investment, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rana Farran, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rana Farran, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Sam Arkoub, Rana Farran's husband, is employed as agent of Ali's Investment, Inc., in order to assist the company in the prosecution of the Chapter 11 case to be filed, and to appear at any hearings, and to also otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation, if necessary; and

Be It Further Resolved, that Rana Farran, President of this Corporation is authorized and directed to employ Edward J. Gudeman, P14454, attorney and the law firm of Gudeman & Associates, P.C. to represent the corporation in such bankruptcy case.

Date  February 19, 2025               Signed  /s/ Rana Farran
                                              Director / President